**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
RITA R. KANNO, SB# 230679
  E-Mail: Rita.Kanno@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant Comprehensive
Pharmacy Services, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LAI,<br><br>              Plaintiff,<br><br>       vs.<br><br>COMPREHENSIVE PHARMACY SERVICES, LLC and DOES 1 through 20,<br><br>              Defendants. | CASE NO. 15CV1390 CAB RBB<br><br>**DECLARATION OF JOHN L. BARBER IN SUPPORT OF JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE, CONTINUE THE ORDER TO SHOW CAUSE HEARING, AND ALLOW DISCOVERY**<br><br>Dept.:   2C<br>Judge:   Hon. Ruben B. Brooks<br><br>Trial Date:       None Set |

I, John L. Barber, declare as follows:

1.      I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for defendant Comprehensive Pharmacy Services, LLC ("CPS") herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

4837-6434-2063.1                                                                                          15CV1390 CAB RBB

DECLARATION OF JOHN L. BARBER IN SUPPORT OF JOINT MOTION TO CONTINUE EARLY NEUTRAL
EVALUATION CONFERENCE, CONTINUE ORDER TO SHOW CAUSE HEARING, AND ALLOW DISCOVERY

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2.     I am making this declaration in support of the Joint Motion to Continue the Early Neutral Evaluation Conference, Continue the Order to Show Cause Hearing, and Allow Discovery.

3.     The Early Neutral Evaluation Conference and Order to Show Cause hearing are currently scheduled for April 19, 2016, at 2:00 p.m.  Unfortunately, I cannot attend the conference and hearing at that time, because I will be in trial.

4.     I have trials, arbitrations, mediations, final status conferences, and/or mandatory settlement conferences scheduled every day from now until Fall 2016, including each of the proposed days by Plaintiff's counsel and the Court clerk.  My calendar from March 15, 2016 until September 30, 2016 is as follows:

- 03/15/16:  Mediation
- 03/16/16:  Mediation
- 03/29/16:  Mandatory Settlement Conference
- 03/31/16:  Mediation
- 04/01/16-04/10/16:  Prepaid Vacation
- 04/05/16:  Mediation
- 04/05/16:  Trial
- 04/07/16:  Final Status Conference
- 04/07/16:  Mediation
- 04/11/16:  Mediation
- 04/11/16:  Mediation
- 04/12/16:  Final Status Conference
- 04/12/16:  Mediation
- 04/14/16:  Mediation
- 04/14/16:  Mediation
- 04/15/16:  Final Status Conference
- 04/18/16:  Mediation
- 04/19/16:  Trial

4837-6434-2063.1

2

15CV1390 CAB RBB

DECLARATION OF JOHN L. BARBER IN SUPPORT OF JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, CONTINUE ORDER TO SHOW CAUSE HEARING, AND ALLOW DISCOVERY

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

- 04/20/16:  Trial
- 04/21/16:  Mediation
- 04/25/16:  Final Status Conference
- 04/25/16:  Trial
- 04/25/16:  Arbitration
- 04/26/16:  Mediation
- 04/28/16:  Final Status Conference
- 04/29/16:  Mediation
- 04/29/16:  Trial
- 05/02/16:  Trial
- 05/02/16:  Mediation
- 05/03/16:  Mediation
- 05/04/16:  Mediation
- 05/10/16:  Mediation
- 05/13/16:  Trial
- 05/13/16:  Trial
- 06/02/16:  Mediation
- 06/10/16:  Mandatory Settlement Conference
- 06/13/16:  Trial
- 06/14/16:  Arbitration
- 06/24/16:  Final Status Conference and Trial Call
- 06/27/16:  Trial
- 06/27/16:  Arbitration
- 06/30/16:  Mandatory Settlement Conference
- 07/06/16:  Final Status Conference
- 07/08/16:  Final Status Conference
- 07/11/16:  Arbitration
- 07/13/16:  Final Status Conference

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-6434-2063.1                                    3                              15CV1390 CAB RBB
DECLARATION OF JOHN L. BARBER IN SUPPORT OF JOINT MOTION TO CONTINUE EARLY NEUTRAL
EVALUATION CONFERENCE, CONTINUE ORDER TO SHOW CAUSE HEARING, AND ALLOW DISCOVERY

- 07/18/16: Pre-Trial Conference
- 07/18/16: Final Status Conference
- 07/18/16: Trial
- 07/18/16: Trial
- 07/18/16: Trial
- 07/25/16: Trial
- 07/28/16: Trial
- 08/01/16: Trial
- 08/01/16: Trial
- 08/04/16: Final Status Conference
- 08/16/16: Trial
- 08/19/16: Trial
- 08/23/16: Trial
- 08/26/16: Trial
- 08/31/16: Mandatory Settlement Conference and Final Status Conference
- 09/06/16: Trial
- 09/12/16: Final Status Conference
- 09/12/16: Trial
- 09/13/16: Trial
- 09/19/16: Final Status Conference
- 09/20/16: Trial
- 09/20/16: Trial
- 09/22/16: Final Settlement Conference
- 09/27/16: Trial

///

///

///

///

DECLARATION OF JOHN L. BARBER IN SUPPORT OF JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, CONTINUE ORDER TO SHOW CAUSE HEARING, AND ALLOW DISCOVERY

5.    In the interest of good faith, counsel for all parties agreed to conduct the Early Neutral Evaluation Conference and Order to Show Cause hearing on May 5, 2016 at 2:00 p.m., which was one of the days provided by the Court.  If trial goes forward as currently scheduled, I may respectfully request a further continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 15, 2016, at Costa Mesa, California.

Respectfully submitted,

By:    */s/ John L. Barber*
        John L. Barber

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-6434-2063.1                                                 5                                        15CV1390 CAB RBB
DECLARATION OF JOHN L. BARBER IN SUPPORT OF JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, CONTINUE ORDER TO SHOW CAUSE HEARING, AND ALLOW DISCOVERY